CITY OF LINCOLN, APPELLEE, V. LINCOLN TRACTION COM-
PANY, APPELLANT.

FILED FEBRUARY 8, 1906.   No. 14,130.

APPEAL from the district court for Lancaster county:
EDWARD P. HOLMES, JUDGE.   *Reversed and dismissed.*

*Clark & Allen,* for appellant.

*E. C. Strode, D. J. Flaherty, Charles O. Whedon* and
*A. W. Field, contra.*

BARNES, J.

This proceeding was an application made by the city of
Lincoln for the appointment of a receiver to take charge of
the property of and operate the Lincoln Street Railway,
in the suit of *City of Lincoln v. Lincoln Street R. Co.,
ante,* p. 523. For reasons not apparent to us this pro-
ceeding was docketed and tried in the district court as a
separate action, and after that court had appointed a re-
ceiver was brought here by appeal by the Street Railway
Company. As the right to appoint a receiver depended
on the measure of relief granted the city in the main case
above mentioned, and as we have found that the city was
not entitled to the relief prayed for therein, it follows, as
a matter of course, that the judgment of the district court
in this proceeding must be reversed and the case dis-
missed.

JUDGMENT ACCORDINGLY.